


Alka Agarwal | Thursday September 13, 2012

Help | Print | Home | Exit

Active Menu　Life Events | Personal | Payroll | Benefits | Training Mgmt | Career Opportunities

## Paycheck Review

- Payroll
  - Associate Statement
  - Commission Rates
  - Direct Deposit
  - Electronic Pay Statements
  - New Acct Flash

  - State Tax Forms
  - W-2 Online
  - W4 Current Info
  - W4 Form Changes
- + California Workers Comp
- + Communications
- + Online Surveys
- + Our Site
- + Stores Team
  - Change Password
  - Feedback
  - My Schedule Plus
  - Policies & Procedures
  - Risk Management
  - Track Transactions

  In-site Disclosure

- To review paychecks from your prior division please select your prior employee Id from the drop down box  71099068
- To review another paycheck, select the 'Pay End Date' from the drop down box  09/08/2012
- To view and print the 'Earnings Statement' for pay end date 09/08/2012, click **View/Print Pay Statement**
- To view paycheck summary for the last 13 months, click **View Summary**

| Associate# | Associate Name | Company |
|---|---|---|
| 71099068 | Alka Agarwal | MDS |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 09/02/2012 | 09/08/2012 | 10878525 | 09/14/2012 |

**TOTALS**

|  | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 676.17 | 34.84 | 244.11 | 397.22 |
| YTD | 14,831.70 | 1,003.62 | 7,833.95 | 5,994.13 |

**EARNINGS**

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular Earnings | 10.180000 | 29.07 | 295.93 | 6,906.33 |
| Commission |  |  | 126.78 | 3,903.42 |
| Holiday Pay | 15.450452 | 8.00 | 123.60 | 457.20 |
| Holiday Worked Premium - CA | 15.270000 | 7.57 | 115.59 | 115.59 |
| Incentive Pay ($10/Unit) | 10.000000 | 1.00 | 10.00 | 840.00 |
| Overtime | 15.769231 | 0.13 | 2.05 | 305.38 |
| Overtime Adjustment 01-SEP-2012 |  |  | 0.24 |  |
| PTO |  |  | 0.00 | 1,192.59 |
| Sick Pay |  |  | 0.00 | 597.78 |
| Incentive Pay ($12/Unit) | 12.000000 | 0.00 | 0.00 | 264.00 |
| Incentive Pay ($15/Unit) | 15.000000 | 0.00 | 0.00 | 240.00 |
| Meal Break Modification |  |  | 0.00 | 105.15 |
| Credit/Give Back ($1/Unit) | 1.000000 | 0.00 | 0.00 | 81.00 |
| ER Contribution to 401(k) |  |  | 0.00 | 79.20 |
| Incentive - Cosmetic Contests |  |  | 0.00 | 46.24 |
| Credit/Give Back ($4/Unit) | 4.000000 | 0.00 | 0.00 | 41.00 |
| Stims - Vendor Incentive |  |  | 0.00 | 32.83 |
| Credit/Give Back ($2/Unit) | 2.000000 | 0.00 | 0.00 | 32.00 |
| Credit/Give Back ($3/Unit) | 3.000000 | 0.00 | 0.00 | 24.00 |
| Non Productive Regular |  |  | 0.00 | 15.27 |
| Credit/Give Back ($7/Unit) | 7.000000 | 0.00 | 0.00 | 14.00 |
| Credit/Give Back ($5/Unit) | 5.000000 | 0.00 | 0.00 | 10.00 |
| Incentive Pay ($8/Unit) | 8.000000 | 0.00 | 0.00 | 8.00 |
| Commission Adjustment |  |  | 0.00 | 1.19 |
| STIMS-Luggage Vnd |  |  | 0.00 | 0.75 |

**DEDUCTIONS**

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|
| Aetna Choice Premier | Medical | Before-Tax | 153.78 | 1,537.80 |
| 401K Loan Repayment | General | After-Tax | 30.83 | 799.47 |
| Metlife High PPO A | Dental | Before-Tax | 25.09 | 975.52 |
| Macy's 401(k) Plan | Basic | Before-Tax | 20.29 | 422.78 |
| Metlife High PPO A | Dental | After-Tax | 14.32 | 14.32 |
| Spouse/DP Life | SP/DP Life | After-Tax | 0.00 | 21.45 |
| Family AD&D | Dep AD/D | After-Tax | 0.00 | 17.87 |
| Optional ADD | AD/D | After-Tax | 0.00 | 22.57 |
| Optional Life - After Tax | Life | Nontaxable | 0.00 | 10.50 |
| Anthem Choice Premier | Medical | Before-Tax | 0.00 | 3,925.26 |
| Optional Life - After Tax | Life | After-Tax | 0.00 | 96.90 |

**TAXES**

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 20.89 | 361.00 |
| Federal | FICA Med Hospital Ins / EE | 7.21 | 124.63 |
| California | OASDI/Disability - EE | 4.97 | 85.95 |
| Federal | Withholding | 1.77 | 355.82 |
| California | State Withholding | 0.00 | 76.22 |

**DISTRIBUTIONS**

| Description | Account Number | Amount |
|---|---|---|

9/1/2012 8:11 PM

https://homeoys.net/insite/compensation/paycheck_review.asp



# in-site

**Active Menu**

Life Events | Personal | Payroll | Benefits | Training Mgmt | Career Opportunities

Alka Agarwal | Thursday September 13, 2012

Help | Print | Home | Exit

## Paycheck Review

- Payroll
  - Associate Statement
  - Commission Rates
  - Direct Deposit
  - Electronic Pay Statements
  - New Acct Flash
  - State Tax Forms
  - W-2 Online
  - W4 Current Info
  - W4 Form Changes
- + California Workers Comp
- + Communications
- + Online Surveys
- + Our Site
- + Stores Team
  - Change Password
  - Feedback
  - My Schedule Plus
  - Policies & Procedures
  - Risk Management
  - Track Transactions

  In-site Disclosure

- To review paychecks from your prior division please select your prior employee id from the drop down box  71000068
- To review another paycheck, select the 'Pay End Date' from the drop down box  09/01/2012
- To view and print the 'Earnings Statement'
  for pay end date 09/01/2012, click **View/Print Pay Statement**
- To view paycheck summary for the last 13 months, click **View Summary**

| Associate# | Associate Name | Company |
|---|---|---|
| 71099066 | Alka Agarwal | MDS |

| Pay Begin Date | Pay End Date | Check# | Check Date |
|---|---|---|---|
| 08/26/2012 | 09/01/2012 | 10540634 | 09/07/2012 |

### TOTALS

|  | Earnings | Taxes | Deductions | Net Pay |
|---|---|---|---|---|
| Current | 455.25 | 16.60 | 257.39 | 181.26 |
| YTD | 14,155.53 | 968.76 | 7,589.84 | 5,596.91 |

### EARNINGS

| Description | Hourly Rate | Hours/Units | Amount | YTD |
|---|---|---|---|---|
| Regular Earnings | 10.160000 | 34.83 | 354.57 | 6,610.40 |
| Commission |  | 98.65 |  | 3,774.66 |
| Credit/Give Back ($1/Unit) | 1.000000 | 3.00 | 3.00 | 81.00 |
| Overtime | 15.250000 | 0.12 | 1.83 | 303.07 |
| PTO |  |  | 0.00 | 1,192.59 |
| Incentive Pay ($10/Unit) | 10.000000 | 0.00 | 0.00 | 830.00 |
| Sick Pay |  |  | 0.00 | 597.79 |
| Holiday Pay |  |  | 0.00 | 333.60 |
| Incentive Pay ($12/Unit) | 12.000000 | 0.00 | 0.00 | 264.00 |
| Incentive Pay ($15/Unit) | 15.000000 | 0.00 | 0.00 | 240.00 |
| Meal Break Modification |  |  | 0.00 | 105.15 |
| ER Contribution to 401(k) |  |  | 0.00 | 79.20 |
| Incentive - Cosmetic Contests |  |  | 0.00 | 46.24 |
| Credit/Give Back ($4/Unit) | 4.000000 | 0.00 | 0.00 | 41.00 |
| Stims - Vendor Incentive |  |  | 0.00 | 32.83 |
| Credit/Give Back ($2/Unit) | 2.000000 | 0.00 | 0.00 | 32.00 |
| Credit/Give Back ($3/Unit) | 3.000000 | 0.00 | 0.00 | 24.00 |
| Non Productive Regular |  |  | 0.00 | 15.27 |
| Credit/Give Back ($7/Unit) | 7.000000 | 0.00 | 0.00 | 14.00 |
| Credit/Give Back ($5/Unit) | 5.000000 | 0.00 | 0.00 | 10.00 |
| Incentive Pay ($8/Unit) | 8.000000 | 0.00 | 0.00 | 8.00 |
| Commission Adjustment |  |  | 0.00 | 1.18 |
| STMS-Luggage Vnd |  |  | 0.00 | 0.75 |

### DEDUCTIONS

| Description | Plan Type | Deduction Class | Amount | YTD |
|---|---|---|---|---|
| Aetna Choice Premier | Medical | Before-Tax | 173.60 | 1,384.02 |
| Metlife High PPO A | Dental | Before-Tax | 35.09 | 950.43 |
| 401K Loan Repayment | General | After-Tax | 30.63 | 768.84 |
| Macy's 401(k) Plan | Basic | Before-Tax | 13.75 | 402.49 |
| Optional Life - After Tax | Life | After-Tax | 2.64 | 96.90 |
| Optional AD&D | AD/D | After-Tax | 0.81 | 22.57 |
| Spouse/DP Life | SP/DP Life | After-Tax | 0.58 | 21.46 |
| Family AD&D | Dep AD/D | After-Tax | 0.49 | 17.67 |
| Anthem Choice Premier | Medical | Before-Tax | 0.00 | 3,925.26 |
| Optional Life - After Tax | Life | Nontaxable | 0.00 | 10.50 |

### TAXES

| Description | Tax Class | Amount | YTD |
|---|---|---|---|
| Federal | OASDI/Disability - EE | 10.48 | 340.11 |
| Federal | FICA Med Hospital Ins / EE | 3.62 | 117.42 |
| California | OASDI/Disability - EE | 2.50 | 80.99 |
| California | State Withholding | 0.00 | 76.22 |
| Federal | Withholding | 0.00 | 354.05 |

### DISTRIBUTIONS

| Description | Account Number | Amount |
|---|---|---|
| Checking | 7114633410 | 181.26 |

9/1/2012 8:12 PM

1 of 1

03/19/2010 02:28 FAX                                                                      ☒ 003



**Employment Development Department**
State of California

RIVERSIDE CALL CENTER
P O BOX 12007
RIVERSIDE CA 92502-2207

Mail Date: 08/30/2012
SSN:

EDD Telephone Numbers:
English     1-800-300-5616
Spanish     1-800-326-8937
Cantonese   1-800-547-3506
Mandarin    1-866-303-0706
Vietnamese  1-800-547-2058
TTY         1-800-815-9387

ARVIND K AGARWAL
1582 GALENA DR
SAN JOSE CA 95121-1639

## NOTICE OF UNEMPLOYMENT INSURANCE AWARD

1. Claim Beginning Date:      08/19/2012     2. Claim Ending Date:           08/17/2013
3. Maximum Benefit Amount:    $11700         4. Weekly Benefit Amount:       $450
5. Total Wages:               32,245.76      6. Highest Quarter Earnings:    12,896.00

7. This item does not apply to your claim. For more information, see item on the revers

8. **You must look for full time work each week.** Please see your handbook, <u>A Guide to Benefits and Employment Services</u>, DE1275A, for more information about looking for work.

9. **To qualify for this claim you must meet further eligibility requirements.** You will receive additional information on what you need to do to qualify. Please see your handbook, <u>A Guide to Benefits and Employment Services</u>, DE1275A, for more information.

10. This Claim Award is calculated based on the Standard Base Period.

| 11. Employee Name | 12. Employee Wages for the Quarter Ending: | | | | 13. Employer Name |
|---|---|---|---|---|---|
| | JUN. 2011 | SEP. 2011 | DEC. 2011 | MAR. 2012 | |
| A AGARWA | | 1,535.04 | | | INSYNC STA |
| A AGARWA | | | 2,976.00 | 12,896.00 | TECHSOURCE |
| A AGARWA | 4,860.96 | 9,977.76 | | | WORKWAY |
| 14. Totals: | 4,860.96 | 11,512.80 | 2,976.00 | 12,896.00 | |

### Important Information On The Reverse Of This Form

DE429/z/ Rev. 5 (3-12)

CU-PA343



RIVERSIDE CALL CENTER
P O BOX 12007
RIVERSIDE CA 92502-2207

```
                                        Mail Date:     08/30/2012
                                        SSN:
                                        Claimant Phone #:
                                                       408-531-8653

                                        EDD Telephone Numbers:
                                        English     1-800-300-5616
                                        Spanish     1-800-326-8937
                                        Cantonese   1-800-547-3506
                                        Mandarin    1-866-303-0706
                                        Vietnamese  1-800-547-2058
                                        TTY         1-800-815-9387
```

ARVIND K AGARWAL
1582 GALENA DR
SAN JOSE CA 95121-1639

## NOTICE OF UNEMPLOYMENT INSURANCE CLAIM FILED

You filed a claim for Unemployment Insurance benefits effective 08/19/2012
When you filed your claim you stated:

1. Your last employer was:    GARY D. NELSON ASSOCIATES

2. The last day you worked for that employer was 03/19/2012.

3. The reason you are no longer working for the above employer is:
   LACK OF WORK

4. You <u>are not</u> receiving a pension or other income.

5. You <u>are</u> able and available to accept full time work.

6. You <u>have</u> the legal right to work in the United States.

Please check the above information carefully. EDD will consider this information
correct unless you report other information within (ten) 10 days from the mailing
date of this notice. Any response after 10 days may result in delay of benefits.
Remember to include your name and Social Security Number in all correspondence
with EDD. Mail your response to the EDD address above or you may call EDD.

Although federal and state laws prohibit the revealing of information about your
employment and your UI claim to your spouse, relatives, friends, non-interested
parties, and private interest groups, federal legislation requires that such
information be made available to state and federal Welfare, Medical Assistance,
Food Stamps, Housing, and Child Support Enforcement agencies. Confidentiality is
the responsibility of all agencies using the information.

DE1101CLMT/ Rev. 4 (02-07) CLAIMANT NOTICE                                    CU-PA348

**Section B / Sección B**   If the box under Question 3 on the reverse is marked "X", you must complete the table below to show your work search for the weeks being claimed. / Si el cuadrado en la pregunta #3 en el reverso está marcado con una "X", usted debe de completar la tabla a continuación para indicar su búsqueda de trabajo durante la(s) semana(s) que solicita beneficios.

### WORK-SEARCH RECORD / RECORD DE LOS LUGARES DONDE HA BUSCADO TRABAJO

| Date Applied / Fecha en que Solicitó Empleo | Company Name / Nombre de la Compañía | Company Address / Dirección de la Compañía | Person Contacted / Persona con quien se Comunicó | Type of Work Applied For / Clase de Trabajo que Solicitó | Results: Please explain / Resultado: Por favor Explique |
|---|---|---|---|---|---|
| 08/7/12 | 100 grams ive | 1857 McCarthy Blvd | HR | Quality | No |
| 8/7/12 | Tecl | Mich Lon, CA 95035 | Engineer | Engineer | Response |
| 8/7/12 | Bayaula | 315 S. Winchester Blvd | Sr pervisor | Sr QE | No |
| 8/8/12 | Netwrks | Blvd Cogwell, CA | Staffing | | Response |
| 8/8/12 | Dolby Lab | 135 Brannan St | HR | Supplier | No |
| | Inc | SF, CA 94107 | | QE | Response |
| 8/13/12 | Blue Coat | 420 N Mary | HR | Sr Supplier | No |
| | Inc | Sunnyvale, CA 94085 | Manager | Engineer | Response |
| 8/14/12 | LSI | 1501 McCarthy Blvd | HR | Sr Quality | No |
| | Corp. | Milpitas, CA 95035 | | Engineering | Response |

**Section C / Sección C**   Notice to Educational Institution (FOR EMPLOYMENT DEVELOPMENT DEPARTMENT APPROVED TRAINING ONLY)
Aviso para La Institución Educacional (PARA CURSOS DE ENTRENAMIENTO APROBADO POR EL DEPARTAMENTO DEL DESARROLLO DEL EMPLEO (EDD))

I certify that this individual was enrolled in and satisfactorily pursuing the retraining course of instruction approved by the Employment Development Department during the week(s) shown on the front of this form

Signature/Title _____   Date _____

Name of Training Institution _____

If you are on a semester/holiday recess, enter the date you are scheduled to return to school: _____

Si Ud. está en vacaciones/días feriados del semestre escolar, escriba la fecha en que regresará a la escuela: _____

**Section D / Sección D**   New Mailing Address / Nueva Dirección de Correo

Complete below and mark Question 8 block on front / Complete abajo y marque la pregunta 8 en el frente.

_____

Zip Code: / Zona Postal: _____

New phone - include area code / Nuevo número de teléfono - incluyendo área telefónica: ( ) _____

DE 4581 CTO Rev. 4 (5-04) State of California / Employment Development Department

# CONTINUED CLAIM

1570659696120819120901000002120909    A A

AGARWAL    8-19-12

ANSWER ALL QUESTIONS. SEE SECTION A. ON BACK FOR EXAMPLES OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained in your booklet, A Guide to Benefits and Employment Services.

|  | 1ST WEEK | | 2ND WEEK | |
|---|---|---|---|---|
| Begins | 08-26-12 | Begins | 09-02-12 | |
| Ends | 09-01-12 | Ends | 09-08-12 | |
|  | YES | NO | YES | NO |

COMPLETE AND MAIL THIS FORM ON    09-09-12

1. Were you too sick or injured to work? → ☐ ■ ☐ ■

   If yes, enter the number of days (1 through 7) you were unable to work. → ☐ (1-7) ☐ (1-7)

2. Was there any reason (other than sickness or injury) that you could not have accepted full-time work each workday? → ☐ ■ ☐ ■

3. Did you look for work? → ■ ☐ ■ ☐
   ☒ ← IF MARKED 'X', YOU MUST COMPLETE SEC. B., WORK-SEARCH RECORD, ON REVERSE.

4. Did you refuse any work? → ☐ ■ ☐ ■

5. Did you begin attending any kind of school or training? → ☐ ■ ☐ ■

6. Did you work or earn any money, WHETHER YOU WERE PAID OR NOT? → ☐ ■ ☐ ■
   (If yes, you MUST COMPLETE items a. and b. below.)
   a. Enter earnings before deductions here. → $ _____ $ _____
   b. Report employment or 'source' of earnings information below:

| | DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|---|
| 1ST WEEK | | | | |
| 2ND WEEK | | | | |

7. If you want federal income tax withheld for the week(s) shown above, mark this block. → ☐

8. If you had a change of mailing address or phone number, mark this block and complete Sec. D on reverse. → ☐

NORCAL AUTHORIZATION CENTER
PO BOX 989057
WEST SACRAMENTO CA  95798-9057

I understand the questions on this form. I know the law provides penalties if I make false statements or withhold facts to receive benefits; my answers are true and correct. I declare under penalty of perjury that I am a U.S. citizen or national; or an alien in satisfactory immigration status and permitted to work USCIS. I signed this form after the latest date for which I am claiming benef

X _Arvind K. Agarwal_
(your signature is required)

DE 4581CTO Rev. 6 (5-04)   CU/PAB66

## WORK-SEARCH RECORD / RECORD DE LOS LUGARES DONDE HA BUSCADO TRABAJO

| Date Applied / Fecha en que Solicitó Empleo | Company Name / Nombre de la Compañía | Company Address / Dirección de la Compañía | Person Contacted / Persona con quien se Comunicó | Type of Work Applied For / Clase de Trabajo que Solicitó | Results: Please explain Resultado: Por favor Explique |
|---|---|---|---|---|---|
| 8/27/12 | IMVU Inc | 100 W Evelyn Ave, Mt View, CA 94041 | HR Manager | QA Engineer | No Response |
| 8/27/12 | Cetecom Inc | 411 Dixon Landing Rd, Milpitas, CA | HR | Sr. QE | No Response |
| 8/28/12 | Lam Research Corp | 4650 Cushing Parkway Fremont, CA | Professional Staffing | Sr. Supplier Engineer | No Response |
| 9/4/12 | SanDisk Corp | 1049 McCarthy Blvd Milpitas, CA | HR | Sr. Quality Engineer | No Response |
| 9/5/12 | Silicon Image Inc | 1140 East Arques Ave, S'vale, CA 94085 | HR Manager | Quality Engineer | No Response |

**Section C / Sección C** Notice to Educational Institution (FOR EMPLOYMENT DEVELOPMENT DEPARTMENT APPROVED TRAINING ONLY)
Aviso para La Institución Educacional (PARA CURSOS DE ENTRENAMIENTO APROBADO POR EL DEPARTAMENTO DEL DESARROLLO DEL EMPLEO (EDD))

I certify that this individual was enrolled in and satisfactorily pursuing the retraining course of instruction approved by the Employment Development Department during the week(s) shown on the front of this form

Signature/Title _____ Date _____

Name of Training Institution _____

If you are on a semester/holiday recess, enter the date you are scheduled to return to school. _____
Si Ud. está en vacaciones/días feriados del semestre escolar, escriba la fecha en que regresará a la escuela: _____

**Section D / Sección D** New Mailing Address / Nueva Dirección de Correo
Complete below and mark Question 8 block on front / Complete abajo y marque la pregunta 8 en el frente.

New phone - Include area code / Nuevo número de teléfono - incluyendo área telefónica
( )

Zip Code: / Zona Postal: _____

DE 4581CTO Rev. 4 (5-04) State of California / Employment Development Department    OU-PB018    MIC 62

03/19/2010 02:29 FAX    ☒ 008

Section B / *Sección B*  ... you must complete the table below to show your work search for the weeks being claimed. / *Si el cuadrado en la pregunta #3 en el reverso está marcado "X", debe debe de completar la tabla a continuación para indicar su búsqueda de trabajo durante la(s) semana(s) que solicita beneficios.*

## WORK-SEARCH RECORD / *RÉCORD DE LOS LUGARES DONDE HA BUSCADO TRABAJO*

| Date Applied / *Fecha en que Solicitó Empleo* | Company Name / *Nombre de la Compañía* | Company Address / *Dirección de la Compañía* | Person Contacted / *Persona con quien se Comunicó* | Type of Work Applied For / *Clase de Trabajo que Solicitó* | Results: Please explain / *Resultado: Por favor Explique* |
|---|---|---|---|---|---|
| 8/21/12 | LinkedIn Corp | 2029 Stierlin Ct Mt. View, CA | HR | QE | No Response |
| 8/21/12 | Marvell Semiconductor | 5488 Marvell Ln Santa Clara, CA 95054 | HR Manager | QA Engineer | No Response |
| 8/22/12 | A2Z Development Center | 20450 Stevens Creek Cupertino, CA | Professional Staffing | Sr. Quality Engineer | No Response |
| 8/22/12 | Alpha Net Consulting llc | 3080 Olcott St Santa Clara, CA | HR | Supplier Quality Eng | No Response |
| 8/23/12 | Netappl. Inc | 495 East Java Dr S'vale, CA 94089 | HR Manager | QA Engineer | No Response |

**Section C / *Sección C***   Notice to Educational Institution (FOR EMPLOYMENT DEVELOPMENT DEPARTMENT APPROVED TRAINING ONLY)
*Aviso para La Institución Educacional (PARA CURSOS DE ENTRENAMIENTO APROBADO POR EL DEPARTAMENTO DEL DESARROLLO DEL EMPLEO (EDD))*

I certify that this individual was enrolled in and satisfactorily pursuing the retraining course of instruction approved by the Employment Development Department during the week(s) shown on the front of this form

Signature/Title _____   Date _____

Name of Training Institution _____

If you are on a semester/holiday recess, enter the date you are scheduled to return to school. _____
*Si Ud. está en vacaciones/días feriados del semestre escolar: escriba la fecha en que regresará a la escuela:* _____

**Section D / *Sección D***   New Mailing Address / *Nueva Dirección de Correo*
Complete below and mark Question 8 block on front / *Complete abajo y marque la pregunta 8 en el frente.*

New phone - include area code / *Nuevo número de teléfono - incluyendo área telefónica*
( )

Zip Code: / *Zona Postal:*

DE 4581CTO Rev. 4 (5-04) State of California / Employment Development Department      CU-PB318   MIC 62

# CONTINUED CLAIM

A. AGARWAL    08-19-12

4570659696120819120825822601120830    A    A

ANSWER ALL QUESTIONS. SEE SECTION A, ON BACK FOR EXAMPLES OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained in your booklet, A Guide to Benefits and Employment Services.

COMPLETE AND MAIL THIS FORM ON    08-30-12

|  | 1ST WEEK | | 2ND WEEK | |
|---|---|---|---|---|
|  | Begins 08-19-12 Ends 08-25-12 | | Begins Ends | |
|  | YES | NO | YES | NO |
| 1. Were you too sick or injured to work? | ☐ | ■ | XXXXXXXXX XXXXXXXXX |  |
| If yes, enter the number of days (1 through 7) you were unable to work. |  | (1 - 7) | XXXXXXXXX (1-7) XXXXXXXXX |  |
| 2. Was there any reason (other than sickness or injury) that you could not have accepted full-time work each workday? | ☐ | ■ | XXXXXXXXX XXXXXXXXX |  |
| 3. Did you look for work? IF MARKED 'X', YOU MUST COMPLETE SEC. B., WORK-SEARCH RECORD, ON REVERSE. | ■ | ☐ | XXXXXXXXX |  |
| 4. Did you refuse any work? | ☐ | ■ | XXXXXXXXX |  |
| 5. Did you begin attending any kind of school or training? | ☐ | ■ | XXXXXXXXX XXXXXXXXX |  |
| 6. Did you work or earn any money, WHETHER YOU WERE PAID OR NOT? (If yes, you MUST COMPLETE items a. and b. below.) | ☐ | ■ | XXXXXXXXX |  |
| a. Enter earnings before deductions here. | $ | | $ XXXXXXXXX | |

b. Report employment or 'source' of earnings information below:

|  | DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|---|
| 1ST WEEK |  |  |  |  |
| 2ND WEEK |  |  |  |  |

7. If you want federal income tax withheld for the week(s) shown above, mark this block. ......> ☐

8. If you had a change of mailing address or phone number, mark this block and complete Sec. D on reverse. ......> ☐

NORCAL AUTHORIZATION CENTER    *FPTL*
PO BOX 989058
WEST SACRAMENTO CA    95798-9058

I understand the questions on this form. I know the law provides penalties I make false statements or withhold facts to receive benefits; my answers a true and correct. I declare under penalty of perjury that I am a U.S. citizen national; or an alien in satisfactory immigration status and permitted to work USCIS. I signed this form after the latest date for which I am claiming bene

X *Arvind K. Agarwal*
(your signature is required)

DE 4581CTO Rev. 6 (5-04)    CU/PA866

# CONTINUED CLAIM

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   07-04-10

5570659617300704120831000002120819   AZA

A. AGARWAL

ANSWER ALL QUESTIONS. SEE SECTION A. ON BACK FOR EXAMPLES OF HOW TO COMPLETE YOUR ANSWERS. Each question is explained in your booklet, A Guide to Benefits and Employment Services.

**COMPLETE AND MAIL THIS FORM ON   08-19-12**

|   | 1ST WEEK | | 2ND WEEK | |
|---|---|---|---|---|
|   | Begins 08-05-12 | Ends 08-11-12 | Begins 08-12-12 | Ends 08-18-12 |
|   | YES | NO | YES | NO |

1. Were you too sick or injured to work? ☐ ☒  ☐ ☒

   If yes, enter the number of days (1 through 7) you were unable to work.   (1-7) [ ]   (1-7) [ ]

2. Was there any reason (other than sickness or injury) that you could not have accepted full-time work each workday? ☐ ☒  ☐ ☒

3. Did you look for work? ☒ ☐  ☒ ☐
   ☒ <— IF MARKED 'X', YOU MUST COMPLETE SEC. B, WORK-SEARCH RECORD, ON REVERSE.

4. Did you refuse any work? ☐ ☒  ☐ ☒

5. Did you begin attending any kind of school or training? ☐ ☒  ☐ ☒

6. Did you work or earn any money, **WHETHER YOU WERE PAID OR NOT?** ☐ ☒  ☐ ☒
   (If yes, you MUST COMPLETE items a. and b. below.)

   a. Enter earnings before deductions here. $ _____   $ _____
   b. Report employment or source of earnings information below:

| DATE LAST WORKED | TOTAL HOURS WORKED | EMPLOYER NAME AND MAILING ADDRESS - INCLUDE ZIP CODE | REASON NO LONGER WORKING (OR WRITE "STILL WORKING") |
|---|---|---|---|
| 1ST WEEK |  |  |  |
| 2ND WEEK |  |  |  |

7. If you want federal income tax withheld for the week(s) shown above, mark this block.   ☐

8. If you had a change of mailing address or phone number, mark this block and complete Sec. D on reverse.   ☐

NORCAL AUTHORIZATION CENTER
PO BOX 989057
WEST SACRAMENTO CA 95798-9057

I understand the questions on this form. I know the law provides penalties if I make false statements or withhold facts to receive benefits; my answers are true and correct. I declare under penalty of perjury that I am a U.S. citizen or national, or an alien in satisfactory immigration status and permitted to work by USCIS. I signed this form after the latest date for which I am claiming benefits.

X _Anmol K. Agarwal_
(your signature is required)

DE 4581CTO Rev. 6 (5-04)   CUPA866

**Section B. / Sección B** If the box under question 3 on the reverse is marked with an "X", you must complete the table below to show your work search for the weeks being claimed. / Si el cuadrado en la pregunta #3 en el reverso está marcado con una "X", usted debe de completar la tabla a continuación para indicar su búsqueda de trabajo durante la(s) semana(s) que solicita beneficios.

### WORK-SEARCH RECORD / RECORD DE LOS LUGARES DONDE HA BUSCADO TRABAJO

| Date Applied / Fecha en que Solicitó Empleo | Company Name / Nombre de la Compañía | Company Address / Dirección de la Compañía | Person Contacted / Persona con quien se Comunicó | Type of Work Applied For / Clase de Trabajo que Solicitó | Results: Please explain / Resultado: Por favor Explique |
|---|---|---|---|---|---|
| 8/20/12 | Juniper Networks | 1194 N Mathilda Ave S'Vale, CA 94089 | HR | QA Engineer | No Response |
| 8/20/12 | Retail Next Inc | HR 99 Almaden Blvd, SJ, CA 95113 | HR Mgr. | QA / Supplier | No Response |
| 8/21/12 | Adap. TV | HR, 1 Waters Park Dr San Mateo CA 94043 | HR | Supplier Engineer | No Response |
| 8/22/12 | Kindsight Inc | 755 Ravenwood Dr, Mt View, CA | Personnel Manager | Quality Engineer | No Response |
| 8/23/12 | KLA-Tencor | one Technology Dr, Milpitas, CA 95035 | HR Manager | Quality Engineer | No Response |

**Section C / Sección C** Notice to Educational Institution (FOR EMPLOYMENT DEVELOPMENT DEPARTMENT APPROVED TRAINING ONLY)
Aviso para La Institución Educacional (PARA CURSOS DE ENTRENAMIENTO APROBADO POR EL DEPARTAMENTO DEL DESARROLLO DEL EMPLEO (EDD))

I certify that this individual was enrolled in and satisfactorily pursuing the retraining course of instruction approved by the Employment Development Department during the week(s) shown on the front of this form

Signature/Title _____  Date _____

Name of Training Institution _____

If you are on a semester/holiday recess, enter the date you are scheduled to return to school. _____
Si Ud. está en vacaciones/días feriados del semestre escolar; escriba la fecha en que regresará a la escuela: _____

**Section D / Sección D** New Mailing Address / Nueva Dirección de Correo
Complete below and mark Question 8 block on front / Complete abajo y marque la pregunta 8 en el frente.

New phone - include area code / Nuevo número de teléfono - Incluyendo área telefónica
( )

Zip Code: / Zona Postal:

DE 4581CTO Rev. 4 (5-04) State of California / Employment Development Department

CU-P6318   MIC 6