

_____
Honorable Linda B. Riegle
United States Bankruptcy Judge

**Entered on Docket**
**November 01, 2012**
_____

Matthew Q. Callister, Esq.                    **E-FILED: October 31, 2012**
Nevada Bar No. 001396
Thomas N. Beckom, Esq
Nevada Bar No. 12554
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
E-Mail: mqc@call-law.com
Attorney for Debtors, *Arvind and Alka Agarwal*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Case No. 11-17763-lbr |
|---|---|
| ARVIND AND ALKA AGARWAL, | Chapter 11 |
| Debtors. | Hearing date: October 17, 2012<br>Time:           2:00 pm |

**ORDER APPROVING DISCLOSURE STATEMENT AND FIXING TIME BEFORE
FILING ACCEPTANCES OR REJECTION OF PLAN COMBINED WITH NOTICE
THEREOF**

   A disclosure statement under Chapter 11 of the Bankruptcy Code having been filed by

the above captioned Debtors, on August 2, 2012 and referring to a plan under Chapter 11 of the

Code filed by the above captioned Debtors on August 2, 2012 and it having been determined

after notice and a hearing that the disclosure statement contains adequate information:

ITS IS ORDER, and notice is hereby given that:

The Disclosure Statement filed by Arvind and Alka Agarwal dated August 2, 2012 is approved.

**November 19, 2012** is fixed as the last day for filing and serving pursuant to Fed. R. Bankr. P 3020(b)(1) written objections to confirmation of the Plan and the Voting Deadline. Oppositions to objections must be filed by November 19, 2012.

Within 5 days after the entry of this order, the plan thereof approved by the court, dated August 2, 2012 approving the disclosure statement and a ballot conforming to Official Form 14 shall be mailed to creditors, equity security holders, and other parties in interest and shall be transmitted to the United States Trustee, as provided in Fed. R. Bankr. P. 3017(d).

**December 5, 2012 at 2:00pm is fixed for the hearing on confirmation of the plan.**

The Brief is Support of Confirmation and the Ballot and Tabulation Summary shall be filed no later than November 28, 2012.

DATED this 31st day of October, 2012.

Respectfully Submitted,

BY: /s/ Thomas N. Beckom Esq.

Matthew Q. Callister, Esq.
Nevada Bar No. 001396
Thomas N. Beckom, Esq
Nevada Bar No. 12554
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Attorney for Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

_____ The court has waived the requirement set forth in LR 9021(b)(1).

_X_ No party appeared at the hearing or filed an objection to the motion.

_____ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

_____ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:


DISAPPROVED:


FAILED TO RESPOND:


###