_____
Honorable Linda B. Riegle
United States Bankruptcy Judge



Entered on Docket
January 07, 2013

Matthew Q. Callister, Esq.
Nevada Bar No. 001396
Thomas N. Beckom, Esq
Nevada Bar No. 12554
823 Las Vegas Blvd., South, Suite 500
Las Vegas, NV 89101
Telephone: (702) 385-3343
Facsimile: (702) 385-2899
E-Mail: beckomt@call-law.com
Attorney for Debtors

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Case No. 11-17763-lbr |
| --- | --- |
| ARVIND AGARWAL and ALKA AGARWAL, | Chapter 11 |
| | Hearing date: December 12, 2012 |
| | Time:            2:00pm |
| Debtors. | |

**ORDER CONFIRMING DEBTOR'S SECOND PLAN OF REORGANIZATION**

Upon the Motion ("**Motion**") of ARVIND and ALKA AGARWAL, ("**Debtors**") for an Order Confirming Debtors 2nd Plan of Reorganization; and a hearing having been held before this Court on December 12, 2012 at 2:00pm ("**Hearing**"), and with THOMAS N. BECKOM, ESQ. appearing for Debtors and RYAN ANDERSEN, ESQ appearing for U.S. Bank, and due notice of the Motion and the Hearing of the Motion having been given to all parties entitled thereto; and the Court having heard the representations of counsel, and having reviewed the moving papers on file herein, to consider approval of the Motion, at which time all parties in interest were afforded an opportunity to be heard; and good cause appearing therefore, it is hereby:

**ORDERED** that the Motion for Confirmation of the Debtor's Second Amended Plan of Reorganization is **GRANTED**; it is further

**ORDERED** that the Debtor's Second Amended Plan of Reorganization is **CONFIRMED**; it is further

**ORDERED** that confirmation of the Debtor's Second Amended Plan of Reorganization will not be effective until Debtor tenders TEN THOUSAND DOLLARS AND ZERO CENTS ($10,000.00) to U.S. Bank; it is further

**ORDERED** once U.S. Bank is in receipt of TEN THOUSAND DOLLARS AND ZERO CENTS ($10,000.00) (henceforth "Payment") that counsel for the Debtors and counsel for U.S. Bank will lodge a joint stipulation confirming receipt of the Payment; it is further

**ORDERED** that the effective date of the Debtor's plan of confirmation will be the first day of the following month after the joint stipulation has been filed and an order approving said joint stipulation has been entered by the court; it is further

**ORDERED** that as provided by Fed. R. Bankr. P. 7062, this Order shall be effective and enforceable immediately upon entry.

SUBMITTED BY

BY:   /s/ Thomas N. Beckom
      Thomas N. Beckom, Esq.
      Attorney for Debtors

**SUBMISSION TO COUNSEL FOR APPROVAL PURSUANT TO LR 9021**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

____    The court has waived the requirement set forth in LR 9021(b)(1).

____    No party appeared at the hearing or filed an objection to the motion.

  X     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

____    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of this order.

APPROVED:

**LIONEL SAWYER & COLLINS**
Ryan A. Andersen, NBN 12321
*randersen@lionelsawyer.com*
300 S. 4th St., Ste. 1700
Las Vegas, Nevada 89101
Telephone: 702-383-8888
Facsimile: 702-383-8845
Attorney for US Bank

DISAPPROVED:

FAILED TO RESPOND:

###