# Callister + Associates

823 Las Vegas Boulevard South
5th Floor
Las Vegas, NV 89101

Telephone (702) 385-3343
Facsimile (702) 385-2899

Invoice submitted to:

Arvind Agarwal
529 Calcaterra Cir
Las Vegas, NV 89119

1/3/2013

In Reference To:  Bankruptcy

Responsible Atty:

Invoice #  28564

|  |  | Amount |
|---|---|---|
| ~~Previous balance~~ | | ~~00.00~~ |

Professional Services

|  |  |  | Hrs/Rate | |
|---|---|---|---|---|
| ~~5/2/2011 BM~~ | ~~Meeting~~ | | ~~~~ | ~~~~ |
| 5/18/2011 BM | Office visit with client re: filing Chapter 13 'bare bones' bankruptcy petition | | 1.00 125.00/hr | 125.00 |
| 5/19/2011 BM | Ch 13 BK | Draft Chapter 13 emergency petition; E-File with Court; Telephone call and fax to Asset Foreclosure | 1.30 125.00/hr | 162.50 |
| ~~5/2011 BM~~ | ~~meeting~~ | | ~~~~ | ~~~~ |
| ~~Professional time stationer background information recommendations and~~ | | | ~~~~ 125.00/hr | ~~~~ |
| 5/27/2011 BM | Review email from client re: authorization to Aurora Loan Servicing; Review email from Bill Dresser of Oregon Mutual Ins Co re: Notice of Bankruptcy Filing; email to client re: status of bankruptcy case; Prepare authorization for Aurora Loan Servicing | | 0.30 125.00/hr | 37.50 |
| 6/2/2011 BM | Ch 13 BK  Email to client re: correspondence received from Aurora Loan Service and Chapter 11 retainer | | 0.20 125.00/hr | 25.00 |
| 6/6/2011 BM | Telephone call with client re: Chapter 11 retainer  and stocks and annuities | | 0.20 125.00/hr | 25.00 |

# Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/8/2011 | BM | Review email from client re: 2009 tax return: Review file for outstanding documents needed to finalize Chapter 13 petition; Email to client re: additional documents needed | 0.50 125.00/hr | 62.50 |
| 6/10/2011 | BM | Chapter 13 Bankruptcy    Review file and docket | 0.50 125.00/hr | 62.50 |
| 6/13/2011 | BM | Telephone call with Bank of the West re: status of filing schedules; Review documents received from client; Correspondence to client re: 341 Meeting of Creditors | 0.80 125.00/hr | 100.00 |
| 6/14/2011 | BM | Chapter 13 Bankruptcy    Draft Chapter 13 Petition | 0.20 125.00/hr | 25.00 |
| 6/21/2011 | BM | Draft Chapter 13 Bankruptcy Petition | 1.20 125.00/hr | 150.00 |
| 6/22/2011 | BM | Draft Chapter 13 bankruptcy petition; Telephone conference with William Dresser re: Arvind's lawsuits | 1.20 125.00/hr | 150.00 |
| 6/24/2011 | BM | Review file, emails and prepare for office conference with client: Office conference with MQC and clients | 1.50 125.00/hr | 187.50 |
| | MQC | Meeting with client | 1.00 400.00/hr | 400.00 |
| 6/28/2011 | BM | Email to client re: final petition | 0.20 125.00/hr | 25.00 |
| 7/8/2011 | BM | Telephone conference with Alka re: status of bankruptcy case and motions for cram downs | 0.20 125.00/hr | 25.00 |
| 7/21/2011 | BM | Draft application to employ special litigation counsel and supporting declaration; Email to Attorney Dresser re: drafts for review; Email to client; Amend petition | 1.60 125.00/hr | 200.00 |
| 7/27/2011 | BM | Request hearing date for Motion to Convert from Chapter 13 to Chapter 11; Draft Motion to Convert, Notice of Hearing and Proposed Order; Email to Arvind with status and hearing date; Review file for amendments to petition; Email to client re: appraisals | 1.40 125.00/hr | 175.00 |
| 7/28/2011 | BM | Finalize Motion to Convert, Notice of Hearing and Proposed Order; E-file with Court; Review documents received from Arvind; Review email from Attorney Dresser re: declaration in support of application to employ special counsel; Revise declaration and email to Attorney Dresser | 1.20 125.00/hr | 150.00 |

# Arvind Agarwal

Page 3

| Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/29/2011 | BM | Request hearing date for Application to Employ William Dresser as Special Counsel Finalize Application to Employ Attorney for Special Litigation, supporting declaration, Proposed Order and Notice of Hearing; E-file with Court | 1.45 125.00/hr | 181.25 |
| 8/1/2011 | BM | Review Motion to Dismiss filed by trustee; Telephone conferencece with Bobbi at Kathleen's Leavitt's office re: Motion to Dismiss and Motion to Convert to Chapter 11 | 0.20 125.00/hr | 25.00 |
| 8/10/2011 | BM | Email to Arvind re: status of Chapter 13 conversion to Chapter 11; Serve Application to Employ Special Counsel and Motion to Convert | 2.50 125.00/hr | 312.50 |
| 8/11/2011 | MPP | Review of file for hearing in Motion to Employ; meet with BK paralegal Barb re:  same. | 0.20 300.00/hr | 60.00 |
|  | BM | Service of Motion to Convert and Application to Employ Special Counsel; Telephone call with client re: Application to Employ Special Counsel; Review email from client | 3.50 125.00/hr | 437.50 |
| 8/15/2011 | BM | Review email from Court re: continued Motion to Lift Stay Hearing; calendar | 0.20 125.00/hr | 25.00 |
| 8/23/2011 | BM | Telephone conference with cient re: status of case; Review appraisals | 0.80 125.00/hr | 100.00 |
| 9/7/2011 | BM | Review appraisals; Prepare file for Motion to Convert to Chapter 11 and Application to Employ Special Counsel; Office conference with client re: status of bankruptcy case; Telephone conference with Kathleen Leavitt's office re: Motion to Convert | 1.60 125.00/hr | 200.00 |
| 9/8/2011 | AR | Attend BK hearing for converting ch 13 to ch 11    Attend BK hearing to appoint special counsel | 1.50 250.00/hr | 375.00 |
|  | BM | Interoffice conference with Adam re: status of hearing on Motion to Convert to Chapter 11 and Application to Employ Special Counsel | 0.20 125.00/hr | 25.00 |
| 9/13/2011 | BM | Draft Application to Employ Attorney, Declaration, Notice of Hearing and Certificate of Service | 1.20 125.00/hr | 150.00 |
| 9/15/2011 | BM | Email to Attorney Dresser re: Order on Application to Employ Attorney | 0.20 125.00/hr | 25.00 |
| 9/20/2011 | BM | Review email from Stacey Werner of Bergstrom's office re: Motion for Relief from Stay and post petition payments; Email to client re: same | 0.20 125.00/hr | 25.00 |

Arvind Agarwal

Page 4

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/21/2011 | BM | Telephone conference with client re: motions to value and payment to Bank of The West; Telephone conference with Stacey at Bergstroms office re: payment ot Bank of the West; Review email from Attorney Dresser and respond to same | 0.50 125.00/hr | 62.50 |
| 9/23/2011 | BM | Email to client re: status of Bank of the West payment and response to Attorney Dresser's email | 0.20 125.00/hr | 25.00 |
| 9/26/2011 | BM | Request hearing dates on Application to Employ Attorney and Motions to Value; Review email from client; respond to same | 0.30 125.00/hr | 37.50 |
| 10/4/2011 | BM | Review file for documents needed for Initial Debtor Interview; Email to client re: hearing dates and documents needed | 0.40 125.00/hr | 50.00 |
| 10/5/2011 | BM | Prepare documents for Initial Debtor Interview | 0.50 125.00/hr | 62.50 |
| 10/6/2011 | BM | Finalize application to employ attorney, declaration and notice of hearing; E-file with court | 0.60 125.00/hr | 75.00 |
| 10/7/2011 | BM | Draft Motions to Value Collateral, Notice of Hearing and Proposed Order for five properties; E-file with Court | 5.50 125.00/hr | 687.50 |
| 10/11/2011 | BM | Prepare and e-file Certificate of Service to Application to Employ Attorney; Serve to all creditors | 2.50 125.00/hr | 312.50 |
| 10/12/2011 | BM | Finalize Motions to Value Collateral, Orders, and Notice of Hearings on five properties; E-file with Court; Office conference with client re: 341 prep; | 4.50 125.00/hr | 562.50 |
| | MQC | Meeting with client | 0.50 400.00/hr | 200.00 |
| 10/13/2011 | MB | Meet and confer with BK Barb re: Today's hearing;  Meet and confer with attorney Matthew Callister re: same | 0.30 275.00/hr | 82.50 |
| | MB | Prepare for and attend 341 Hearing/IDI;  Meet and confer with attorney Matthew Pawlowski afterwards re: outcome | 2.50 275.00/hr | 687.50 |
| | BM | Review petition for amendments needed for Chapter 11; Prepare file for 341 Meeting of Creditors; Attend 341 Meeting of Creditors | 4.50 125.00/hr | 562.50 |
| | MQC | Prepare for and attend the 341 Meeting of Creditors and IDI | 1.50 400.00/hr | 600.00 |
| 10/14/2011 | BM | Office conference with client re: review petition to amend per US Trustee's office | 1.00 125.00/hr | 125.00 |

## Arvind Agarwal

Page 5

| Date | | Description | Hrs/Rate | Amount |
|------|------|-------------|----------|--------|
| 10/17/2011 | BM | Prepare Certificates of Service for Motions to Value and e-file with Court; Serve Motions | 3.00 125.00/hr | 375.00 |
| 10/18/2011 | BM | Telephone conference with client re: appraisal on Arbol Verde Way | 0.20 125.00/hr | 25.00 |
| 10/24/2011 | BM | Review email from client re: monthly operating reports and Oregon Mutual lawsuit; Draft monthly operating report for client | 0.70 125.00/hr | 87.50 |
| 11/9/2011 | MPP | Prepared for and attended hearing on Application to Employ; app. granted. | 0.80 300.00/hr | 240.00 |
| 11/16/2011 | AR | Motion to Value Collateral | 1.00 250.00/hr | 250.00 |
| 11/22/2011 | BM | Office conference with client re; review monthly operating reports | 0.80 125.00/hr | 100.00 |
| 11/29/2011 | BM | Email and Telephone conference with Attorney Dresser re: Verified Petition for Permission to Practice; Review Verified Petition | 0.40 125.00/hr | 50.00 |
| | JM | prepared and file amended order on motion to value | 0.40 125.00/hr | 50.00 |
| 12/6/2011 | BM | Review email from Rod Jean of Lionel Sawyer re: property located at 537 Calcaterra Circle; Review docket, claim register and proof of claim filed by US Bank; Telephone conference with Rod Jean | 0.60 125.00/hr | 75.00 |
| 12/13/2011 | BM | Telephone conference with Allen at Malcolm Cisneros re: stipulation on motion to value on arbol verde | 0.20 125.00/hr | 25.00 |
| 12/14/2011 | AR | attend Motion to Value Collateral | 1.00 250.00/hr | 250.00 |
| 12/16/2011 | AR | phone call with opposing counsel for motion to value collateral | 0.20 250.00/hr | 50.00 |
| | BM | Telephone conference with Ryan at Lionel Sawyer; Review Stipulation and Order to Vacate Order; Telephone conference with Sonny | 0.40 125.00/hr | 50.00 |
| 12/20/2011 | BM | Telephone conference with Malcolm Cisneros re: stipulation on Arbol Verde | 0.30 125.00/hr | 37.50 |
| | JM | telephone conversation | 0.20 125.00/hr | 25.00 |

## Arvind Agarwal

Page 6

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 12/21/2011 | BM | Telephone conference with Malcolm Cisneros re: Arbol Verde and telephone conference with Ryan at Lionel Sawyer re: Calcaterra; Telephone conference with client re: scheduling appointment to obtain appraisal for bank; Review stipulation and order from Lionel Sawyer to vacate order | 0.80 125.00/hr | 100.00 |
| 12/27/2011 | BM | Telephone conference with Alaa at Malcom Cisneros re: Arbol Verde settlement: Review stipulation re: Arbol Verde; Email to Alaa Ibrahim at Malcolm Cisneros re: stipulation | 0.40 125.00/hr | 50.00 |
| 12/28/2011 | BM | Attend hearing on Motion to Value Collateral on Arbol Verde | 1.00 125.00/hr | 125.00 |
| | MPP | Prepared for and attended hearing on Motion to Value; stip. signed as to value; placed on record. | 1.30 300.00/hr | 390.00 |
| | MQC | Prepare for an attend Motion to Value Collateral | 1.50 400.00/hr | 600.00 |
| 1/4/2012 | BM | Review November monthly operating report; E-file with Court | 0.50 125.00/hr | 62.50 |
| 1/19/2012 | BM | Review and e-file December monthly operating report | 0.20 125.00/hr | 25.00 |
| 2/9/2012 | BM | Email to Attorney Anderson re: appraisal at 537 Calcaterra | 0.20 125.00/hr | 25.00 |
| 2/10/2012 | JM | Chapter 11 case  Work on Disclosure Statement and Plan 0.3 hours | 0.30 250.00/hr | 75.00 |
| 2/13/2012 | BM | Telephone conference with Ryan Anderson re: valuation for 537 Calcatera | 0.20 125.00/hr | 25.00 |
| 2/16/2012 | JM | Ch. 11 BK  Work on Plan and Disclosure Statement --  12:15PM - 1:00PM | 0.70 250.00/hr | 175.00 |
| | BM | Telephone conference with client re: Bank of the West | 0.20 125.00/hr | 25.00 |
| 2/20/2012 | JM | Work on plan/disclosure statement | 9.30 250.00/hr | 2,325.00 |
| 2/21/2012 | BM | Review and e-file January monthly operating report | 0.50 125.00/hr | 62.50 |

## Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 2/22/2012 | JM | CHAPTER 11 BK  Work on 537 Calcaterra deal  10:25AM - 10:50AM, 11:35AM - 11:50AM  Work on Plan and Disclosure Statement 10:50AM - 11:15AM  12:20PM - 1:10 PM   2:00PM - 3:00PM | 3.00 250.00/hr | 750.00 |
| | BM | Review emails re: 537 Calcaterra from Ryan Alexander | 0.40 125.00/hr | 50.00 |
| | BM | Review appraisal from lender | 0.40 125.00/hr | 50.00 |
| | BM | Interoffice conference with Jeremy re: status of case and Chapter 11 plan | 0.50 125.00/hr | 62.50 |
| 2/24/2012 | JM | CH 11 BK  Phone Consult as to Plan/Disclosure Statement - 1:50PM - 2:10PM  Work on negotiation 2:10 - 2:20PM | 0.50 250.00/hr | 125.00 |
| | BM | Email to client re: lender's appraisal on 537 Calcaterra | 0.20 125.00/hr | 25.00 |
| | BM | Telephone conference with client re: Bank of the West and cram down on primary residence | 0.20 125.00/hr | 25.00 |
| 2/27/2012 | MC | Proof of Claim | 0.20 125.00/hr | 25.00 |
| 3/7/2012 | MC | Request for Special Notice | 0.20 125.00/hr | 25.00 |
| 3/9/2012 | JM | BK 11  Work on Plan and Disclosure Statement | 0.50 250.00/hr | 125.00 |
| | JM | BK 11  In person meeting about his civil cases how affected by BK | 0.50 250.00/hr | 125.00 |
| 3/10/2012 | JM | BK Ch 11   Work on Plan and Disclosure Statement - Meet with Client  12PM -2:30PM | 2.50 250.00/hr | 625.00 |
| 3/13/2012 | BM | Email to Stacey Werner at Bergstrom's office re: Bank of the West payments | 0.20 125.00/hr | 25.00 |
| | MC | Prep file for Hearing Motion to Lift Stay | 0.50 125.00/hr | 62.50 |
| | JM | Chapter 11   Prep for Hearing  12:30 PM - 1PM | 0.50 250.00/hr | 125.00 |

## Arvind Agarwal

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/14/2012 | JM | BK 11  Call creditor to settle M2Lift Stay  10:40AM - 10:50AM | 0.20<br>250.00/hr | 50.00 |
| | JM | BK 11  Hearing Attendance M2LS --  1:30PM - 2:30PM | 1.00<br>250.00/hr | 250.00 |
| | JM | BK 11  Call Agarwal/Call Opposing Counsel - Resolve Atty Fees issue 3:40PM - 4:00PM | 0.40<br>250.00/hr | 100.00 |
| 3/15/2012 | JM | Ch. 11 BK  Work on Plan -  4:20PM - 5PM | 0.70<br>250.00/hr | 175.00 |
| 3/20/2012 | BM | Review monthly operating report and e-file | 0.40<br>125.00/hr | 50.00 |
| | JM | Chapter 11 BK  Write 5 year cash collateral projection 12:30 - 1:15PM | 0.80<br>250.00/hr | 200.00 |
| | JM | Chapter 11 BK  Write 5 year cash collateral projection 2:30PM - 4:45PM | 2.30<br>250.00/hr | 575.00 |
| 3/21/2012 | JM | Chapter 11 BK  Work on Plan --   3:30PM  - 5:00PM | 1.50<br>250.00/hr | 375.00 |
| 3/22/2012 | BM | Email to client re: Adequate Protection Order and email to Stacey at Bergstrom's office re: APO | 0.20<br>125.00/hr | 25.00 |
| | JM | Chapter 11 BK  Study stipulation 9:20AM - 9:35AM | 0.30<br>250.00/hr | 75.00 |
| | JM | Chapter 11  Work on Plan | 2.50<br>250.00/hr | 625.00 |
| | JM | BK Ch. 11  Work on stipulation Call client | 0.50<br>250.00/hr | 125.00 |
| | JM | Chapter 11 BK  Work on Plan 3PM - 4PM | 1.00<br>250.00/hr | 250.00 |
| 3/23/2012 | BM | Email to Bergstrom's office re: Stipulation/APO for Bank of the West | 0.20<br>125.00/hr | 25.00 |
| | JM | Agarwal Chapter 11 BK  Work on Plan -  10:45PM - 1PM | 2.30<br>250.00/hr | 575.00 |
| | JM | Chapter 11 BK  Work on Plan  2PM - 3:00PM | 1.00<br>250.00/hr | 250.00 |

## Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/26/2012 | JM | Chapter 11 BK  Finish Plan  10:55AM - 12:40PM | 1.80 250.00/hr | 450.00 |
| 3/27/2012 | JM | Chapter 11 BK  Call 2:35PM -2:50PM | 0.30 250.00/hr | 75.00 |
| 3/28/2012 | JM | CH 11 BK --  Call RE: Plan   11:15AM - 11:45AM | 0.50 250.00/hr | 125.00 |
| 3/29/2012 | JM | Chapter 11 BK  Plan:  Amend Vesting of Assets, and Discharge Provisions | 0.80 250.00/hr | 200.00 |
| 4/5/2012 | MPP | Meeting w/BM re:  plans to be proposed; disclosure statement issues | 0.40 300.00/hr | 120.00 |
| | JM | Bankruptcy Chapter 11  Call | 0.40 250.00/hr | 100.00 |
| | JM | Bankruptcy Chapter 11  Call Clark County Assessor | 0.20 250.00/hr | 50.00 |
| 4/9/2012 | JM | Telephone conference with client | 0.20 250.00/hr | 50.00 |
| 4/10/2012 | JM | Telephone conference with client | 0.30 250.00/hr | 75.00 |
| 4/11/2012 | MC | Prep File For Court Hearing Motion to Lift Stay | 0.50 125.00/hr | 62.50 |
| | JM | Work on Hearing Prep | 0.30 250.00/hr | 75.00 |
| | JM | Appearance Hearing to ensure matter is vacated | 1.00 250.00/hr | 250.00 |
| 4/23/2012 | MC | E-File Monthly Operating Report | 0.30 125.00/hr | 37.50 |
| 5/2/2012 | TNB | Review of Chapter 11 Plan | 1.60 250.00/hr | 400.00 |
| | MC | telephone conference re: plan and appointment | 0.20 125.00/hr | 25.00 |
| 5/3/2012 | TNB | Review of Chapter 11 Plan | 1.60 250.00/hr | 400.00 |

# Arvind Agarwal

Page 10

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/4/2012 | TNB | Meeting with Client Re Plan | 0.60<br>250.00/hr | 150.00 |
| 5/7/2012 | TNB | Liqiuidation Analysis for Chapter 11 | 4.00<br>250.00/hr | 1,000.00 |
| 5/8/2012 | TNB | Draft Liquidation Analysis | 1.50<br>250.00/hr | 375.00 |
| 5/9/2012 | TNB | Chapter 11 | 2.00<br>250.00/hr | 500.00 |
| | BM | Telephone conference with Attorney Dresser re: settlement of property insurance claim and determination of settlement proceeds as to whether it belongs to the Argawals or the bankruptcy estate | 0.30<br>125.00/hr | 37.50 |
| 5/15/2012 | MC | Telephone conference re: personal expenses | 0.20<br>125.00/hr | 25.00 |
| 5/16/2012 | TNB | Chapter 11 Plan | 4.00<br>250.00/hr | 1,000.00 |
| | BM | Telephone conference with client re: insurance settlement | 0.20<br>125.00/hr | 25.00 |
| 5/17/2012 | BM | Telephone conference with client re: April 2012 monthly operating report | 0.20<br>125.00/hr | 25.00 |
| 5/18/2012 | BM | Email to client re: monthly operating report and e-file April 2012 monthly operating report | 0.30<br>125.00/hr | 37.50 |
| 5/25/2012 | MC | telephone conference re: plan | 0.20<br>125.00/hr | 25.00 |
| 5/29/2012 | BM | Telephone conference with client re: plan | 0.20<br>125.00/hr | 25.00 |
| 6/1/2012 | TNB | Phone Conference with Client | 0.40<br>250.00/hr | 100.00 |
| 6/6/2012 | MC | Proof of Claim | 0.20<br>125.00/hr | 25.00 |
| 6/14/2012 | MC | Telephone conference re: letter | 0.20<br>125.00/hr | 25.00 |

## Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 6/18/2012 | BM | Review May monthly operating report | 0.20 125.00/hr | 25.00 |
| 6/21/2012 | TNB | Call to Creditors Attorney Re MLS | 0.40 250.00/hr | 100.00 |
| 6/26/2012 | TNB | Draft of Motion for Cash Collater/ Draft of Opp to MLS | 2.00 250.00/hr | 500.00 |
| | MC | E-File Monthly Operating Reports for May 2012 | 0.20 125.00/hr | 25.00 |
| 6/27/2012 | TNB | Opposition to MLS/ Motion to Approve Settlement/ Motion for Use of Cash Collater/ Phone Conference with Client and William Dresser | 3.60 250.00/hr | 900.00 |
| | MC | E-File Opposition for Relief from Lift of Stay | 0.30 125.00/hr | 37.50 |
| | MC | E-File Application for Settlement Agreement and Notice of Hearing | 0.30 125.00/hr | 37.50 |
| | MC | E-File Motion to Use Cash Collateral and Notice of Hearing | 0.30 125.00/hr | 37.50 |
| 6/28/2012 | TNB | Phone Call with Mediator Re HOA Dispute Nonbinding Arbitration | 0.40 250.00/hr | 100.00 |
| 6/29/2012 | TNB | Phone call with Appleberg Re HOA Nonbinding Arbitration | 0.40 250.00/hr | 100.00 |
| 7/2/2012 | MC | Draft and E-File Cert of Service for Motion for Settlement Agreement | 0.20 125.00/hr | 25.00 |
| | MC | Serve Motion for Approval of Settlement Agreement, Notice of Hearing and Motion to Use Cash Collateral to All Creditors | 0.50 125.00/hr | 62.50 |
| | BM | Correspondence to Anne Moore, Real Estate Division re: notice of bankruptcy filing | 0.20 125.00/hr | 25.00 |
| 7/3/2012 | TNB | Research Re Motion for Use of Cash Collateral | 3.00 250.00/hr | 750.00 |
| 7/5/2012 | BM | Review and finalize Motion to Use Cash Collateral, Proposed Order and Notice of Hearing; E-file with Court | 0.50 125.00/hr | 62.50 |
| 7/6/2012 | MC | Draft and E-File Cert of Service for Motion to Use Cash Collateral | 0.30 125.00/hr | 37.50 |

## Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|------|---|-------------|----------|--------|
| 7/6/2012 | MC | E-File Interim Status Report | 0.30 125.00/hr | 37.50 |
| 7/9/2012 | MC | teleconference re: Calterra Property | 0.20 125.00/hr | 25.00 |
| 7/10/2012 | TNB | Review of File and Prep for Hearing | 0.60 250.00/hr | 150.00 |
| 7/11/2012 | TNB | Hearing on Motion to Lift Stay | 1.60 250.00/hr | 400.00 |
| 7/19/2012 | MPP | Review of e-mail from OPC re:  stip. to use insurance proceeds as cash collateral. | 0.20 300.00/hr | 60.00 |
| | MC | teleconference re; Status of Case | 0.20 125.00/hr | 25.00 |
| 7/23/2012 | MC | teleconference re: Plan and Status | 0.20 125.00/hr | 25.00 |
| 7/30/2012 | TNB | Draft of Plan and Disclosure Statement Meeting with Client Re Concerns About Insurance Proceeds/ Plan and Disclosure Statment/ Result of Motion to Lift Stay | 5.00 250.00/hr | 1,250.00 |
| | TNB | Phone Call to Ryan Anderson Re Insurnace Proceeds and Stips | 1.00 250.00/hr | 250.00 |
| 7/31/2012 | TNB | Communication with Ryan Anderson re Cash Collateral Motion | 0.60 250.00/hr | 150.00 |
| | MPP | Review of e-mail to client re:  co-debtor must sign plan. | 0.20 300.00/hr | 60.00 |
| 8/1/2012 | TNB | Meeting with Client Re Insurance Cash collateral Issues with MQC | 1.60 250.00/hr | 400.00 |
| 8/2/2012 | TNB | L260 Meet and Confer with Client/ Meet and Confer with MC re Filing Plan/ Draft and Final Edit of Voting Procedures Motion | 1.60 250.00/hr | 400.00 |
| | MC | teleconference re: Ryan Anderson Property Management | 0.20 125.00/hr | 25.00 |
| | MC | E-File Disclosure Statement with Attached Exhibits | 0.30 125.00/hr | 37.50 |

# Arvind Agarwal

Page **13**

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/3/2012 | TNB | Withdrawal of Motion for Use of Cash Collateral and Comfort Order RE Settlement; L230 | 0.60 250.00/hr | 150.00 |
| | MC | E-File Voting Procedures Motion | 0.30 125.00/hr | 37.50 |
| 8/8/2012 | MC | E-File Motion to Withdraw Application for Compensation of Settlement | 0.30 125.00/hr | 37.50 |
| | MC | E-File Motion to Withdraw, Motion to Use Cash Collateral | 0.30 125.00/hr | 37.50 |
| 8/10/2012 | TNB | Phone Conference with Client Re Notice of default and Election to Sell | 0.40 250.00/hr | 100.00 |
| 8/16/2012 | TNB | Phone Conference with Client Re Motion for Use of Cash Collateral/ HOA Arrears/ Possible OST on Disclosure Statement | 0.40 250.00/hr | 100.00 |
| | MC | Teleconference re: Monthly Operating Reports; Business Operations | 0.20 125.00/hr | 25.00 |
| 8/20/2012 | MC | E-File Monthly Operating Reports for July 2012; Business Operations | 0.30 125.00/hr | 37.50 |
| 8/21/2012 | MPP | Meeting w/TB re:  potential questions of cash collateral raised by OPC. | 0.20 300.00/hr | 60.00 |
| 8/22/2012 | TNB | Hearing Re Motion for Use of Cash Collateral- Granted in Part; Business Operations | 1.60 250.00/hr | 400.00 |
| 8/23/2012 | TNB | Business Operations Phone Conference with Client re Evidentiary Basis for Cash Collateral Motion | 0.60 250.00/hr | 150.00 |
| 8/24/2012 | MC | Draft and E-File Motion to Value Collateral, Notice of Hearing and Proposed Order; Claims Admin & Objectives | 1.00 125.00/hr | 125.00 |
| 9/5/2012 | TNB | Hearing on Motion to Use Cash Collateral | 1.60 250.00/hr | 400.00 |
| | MC | Draft and E-File Supplement to Cash Collateral Motion; Financing | 0.30 125.00/hr | 37.50 |
| 9/6/2012 | MC | Draft Application for Compensation and Attached Exhibits; Fee/Emp Applicatons | 2.00 125.00/hr | 250.00 |
| 9/7/2012 | MC | Draft Exhibits to Application for Compensation; Fee/Emp Applicatons | 1.00 125.00/hr | 125.00 |

## Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/10/2012 | TNB | Phone Conference with Client re Accounting of Cash Collateral and Status of Disclosure Statement and Plan | 0.40 250.00/hr | 100.00 |
| | MC | E-File Application for Compensation with Attached Exhibits; Fee/Emp Applicatons | 0.40 125.00/hr | 50.00 |
| 9/12/2012 | MC | Draft and E-File Certificate of Service for Application for Compensation and Serve on All Creditors; Fee/Emp Applicatons | 1.50 125.00/hr | 187.50 |
| 9/14/2012 | TNB | Amendments to Plan and Disclosure Statement | 3.00 250.00/hr | 750.00 |
| 9/18/2012 | TNB | Work on Disclosure Statement and Plan | 1.00 250.00/hr | 250.00 |
| 9/19/2012 | TNB | Work on Plan | 2.00 250.00/hr | 500.00 |
| | TNB | Work on OST for Disclosure Approval | 1.80 250.00/hr | 450.00 |
| | MC | E-File Monthly Operating Report for August 2012 | 0.30 125.00/hr | 37.50 |
| 9/20/2012 | TNB | Work on Amended Disclosure Statement and Order Shortening Time | 4.00 250.00/hr | 1,000.00 |
| 9/21/2012 | TNB | Amended Plan and Disclosure Statement/ Call to Court Clerk to Get Hearing on OST for Disclosure Approval | 3.00 250.00/hr | 750.00 |
| 9/24/2012 | TNB | Draft of Errata to Motion for OST | 0.60 250.00/hr | 150.00 |
| | MC | Review and E-File Amended Plan and Disclosure Statement; Plan & Disclosure | 0.40 125.00/hr | 50.00 |
| 9/26/2012 | TNB | Hearing on Plan and Disclosure Statement and Motion to Value | 1.60 250.00/hr | 400.00 |
| 9/28/2012 | TNB | Phone Conference with Client | 0.40 250.00/hr | 100.00 |
| 10/1/2012 | TNB | 2nd Amended Plan Draft/ Foward to Client and Creditor | 3.00 250.00/hr | 750.00 |
| 10/2/2012 | TNB | Review of Disclosure Statement- INstruction to Mitch Cox to File Same | 0.60 250.00/hr | 150.00 |

## Arvind Agarwal

Page 15

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 10/8/2012 | TNB | Reply to Opp for INterim Compensation | 2.00 250.00/hr | 500.00 |
| 10/9/2012 | TNB | Review of Motion to Dismiss, Phone Conference with Client re Same | 1.00 250.00/hr | 250.00 |
| 10/16/2012 | TNB | Phone Conference with Agarwal; Phone conference with Du Vardo; Meet and Confer with MC re App to Employ Du Vardo | 0.60 250.00/hr | 150.00 |
| | TNB | Prep for Multiple Hearings | 0.60 250.00/hr | 150.00 |
| 10/17/2012 | TNB | Hearing on Motion to Value, Motion for Use of Collateral, Motion for Approval of Disclosure Statement- All Approved | 1.60 250.00/hr | 400.00 |
| | MC | teleconference re: Appraisal and Monthly Operating Report | 0.20 125.00/hr | 25.00 |
| | MC | Draft Application to Employ Appraiser, Exhibits, Declaration, Notice of Hearing and Proposed Order | 0.80 125.00/hr | 100.00 |
| 10/18/2012 | MC | E-File Application to Employ Appraiser, Notice of Hearing and Proposed Order | 0.30 125.00/hr | 37.50 |
| | MC | teleconference re: Appraisal | 0.20 125.00/hr | 25.00 |
| | MC | E-File Supplement to Motion to Value Collateral | 0.30 125.00/hr | 37.50 |
| 10/19/2012 | MC | E-File Sept 2012 Monthly Operating Report | 0.30 125.00/hr | 37.50 |
| 10/29/2012 | TNB | Phone Conference with Client re Accounting and NEw Job | 0.40 250.00/hr | 100.00 |
| | MC | Draft and E-File Cert of Service for App to Employ, Notice of Hearing and Proposed Order. Serve on All Creditors | 1.00 125.00/hr | 125.00 |
| 10/30/2012 | TNB | Review of Accounting of Cash Collateral/ Draft of Opposition to Motion to Dismiss | 5.00 250.00/hr | 1,250.00 |
| 10/31/2012 | TNB | miscellaneous | 2.00 250.00/hr | 500.00 |
| | TNB | Motion to Value- stip to $130,000.00 | 1.60 250.00/hr | 400.00 |

## Arvind Agarwal

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/1/2012 | MC | E-File Opposition to Motion to Dismiss | 0.30 125.00/hr | 37.50 |
| | TNB | Opp to Motion to Dismiss | 5.60 250.00/hr | 1,400.00 |
| 11/2/2012 | MC | Draft and E-File Amended notice of Hearing on Disclosure Statement | 0.30 125.00/hr | 37.50 |
| | MC | E-File Exhibits for Opp to Motion to Dismiss | 0.50 125.00/hr | 62.50 |
| 11/7/2012 | TNB | Phone Conference with Client re Trustee Sale of 537 Calcaterra Circle, Email to Ryan Andersen Re Same, Draft of Complaint for Injunction | 1.00 250.00/hr | 250.00 |
| 11/8/2012 | MC | Open adversary case vs US Bank E-File Complaint, Request to Issue Summons and Declaration | 1.00 125.00/hr | 125.00 |
| | MPP | Review of adversary complaint and accompanying doc's.;  approved. | 0.40 300.00/hr | 120.00 |
| 11/9/2012 | TNB | Draft of Motion for Preliminary Injunction, Draft of Associated OST, Correspondence with Opposing Counsel Re Same, Instructions | 4.00 250.00/hr | 1,000.00 |
| | MC | Draft Order for Injunctive Relief in the Adversary Proceeding E-File Motion for Injunctive Relief, Order, Motion for OST, Order on OST Attorney Information Sheet, Affidavit | 1.00 125.00/hr | 125.00 |
| | MPP | Full review and edit of Motion for prelim. inj. | 0.80 300.00/hr | 240.00 |
| 11/13/2012 | MC | teleconference to judges chambers re: Order | 0.20 125.00/hr | 25.00 |
| 11/14/2012 | TNB | Prep for Hearing | 1.00 250.00/hr | 250.00 |
| | TNB | Prep for Hearing | 1.00 250.00/hr | 250.00 |
| | TNB | Hearing on Motion to Dismiss = Denied/ Phone Conference with MQC re Hearing/ Meet and Confer with MPP re Hearing/ Phone Conference with Client re Hearing | 2.60 250.00/hr | 650.00 |
| | MC | teleconference re: Motion to Dismiss | 0.20 125.00/hr | 25.00 |

# Arvind Agarwal

Page 17

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 11/16/2012 | TNB | Phone Conference with Client/ Meeting wtih MQC/ Email to US Bank | 2.00 250.00/hr | 500.00 |
| | MC | teleconference re: calcaterra property | 0.20 125.00/hr | 25.00 |
| | MC | Review and Send Letter re: Insurance Settlement | 0.20 125.00/hr | 25.00 |
| | MC | teleconference re: Monthly Operating Reports | 0.20 125.00/hr | 25.00 |
| | MPP | Meeting w/TB re:  possible means to save property; appears all avenues are exhausted. | 0.30 300.00/hr | 90.00 |
| 11/19/2012 | TNB | Hearing on App to Employ Appraiser | 1.60 250.00/hr | 400.00 |
| | MC | Review and Upload Order on Application to Employ Appraiser | 0.40 125.00/hr | 50.00 |
| 11/21/2012 | MC | teleconference with Jenny Park representative of City National Bank re: Voting Ballot | 0.20 125.00/hr | 25.00 |

Additional Charges :

| | | |
|---|---|---|
| 5/18/2011 | Credit Report | 36.00 |
| | Filing Fee of BK | 274.00 |
| 8/4/2011 | Filing Fee of to Convert From a Chapter 13 to Chapter 11 | 765.00 |
| 10/12/2011 | Postage Charges for Application to Employ | 59.20 |
| 10/14/2011 | Copying Charges | 210.00 |
| 5/30/2012 | Photocopies | 0.25 |
| 6/15/2012 | Photocopies | 0.25 |
| 6/19/2012 | Photocopies | 0.25 |
| | Photocopies | 0.25 |

Arvind Agarwal

| | | Amount |
|---|---|---|
| 6/19/2012 | Photocopies | 0.50 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.50 |
| | Photocopies | 2.50 |
| 6/20/2012 | Photocopies | 29.00 |
| 6/26/2012 | Photocopies | 1.50 |
| | Photocopies | 1.25 |
| 6/27/2012 | Photocopies | 0.25 |
| | Photocopies | 1.25 |
| | Photocopies | 0.50 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.50 |
| | Photocopies | 1.50 |
| | Photocopies | 0.75 |
| | Photocopies | 3.50 |
| | Photocopies | 1.75 |

**Arvind Agarwal**

| Date | Description | Amount |
|------|-------------|--------|
| 7/2/2012 | Photocopies | 1.25 |
| | Photocopies | 0.25 |
| | Photocopies | 380.00 |
| | Photocopies | 2.50 |
| | Photocopies | 1.75 |
| | Photocopies | 1.00 |
| | Photocopies | 0.75 |
| | Photocopies | 0.50 |
| | Photocopies | 1.00 |
| | Photocopies | 0.50 |
| | Photocopies | 1.50 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.50 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.50 |
| | Photocopies | 0.75 |
| | Photocopies | 0.25 |
| | Fax Charges | 1.00 |
| 7/5/2012 | Photocopies | 3.75 |
| | Photocopies | 1.50 |
| | Photocopies | 2.25 |

Arvind Agarwal

Page 20

| | | Amount |
|---|---|---:|
| 7/5/2012 | Photocopies | 1.50 |
| 7/6/2012 | Photocopies | 190.00 |
| | Photocopies | 1.75 |
| 7/10/2012 | Photocopies | 1.75 |
| | Photocopies | 3.00 |
| | Photocopies | 3.00 |
| | Photocopies | 3.00 |
| | Photocopies | 3.75 |
| | Photocopies | 2.25 |
| | Photocopies | 4.50 |
| 7/11/2012 | Photocopies | 2.25 |
| 7/16/2012 | Photocopies | 1.75 |
| | Photocopies | 3.50 |
| | Photocopies | 10.25 |
| 7/20/2012 | Photocopies | 2.00 |
| | Photocopies | 1.50 |
| | Photocopies | 2.00 |
| 7/30/2012 | Photocopies | 2.00 |
| | Photocopies | 1.75 |
| | Photocopies | 23.00 |
| | Photocopies | 0.25 |
| | Photocopies | 11.50 |
| | Photocopies | 9.75 |

## Arvind Agarwal

| Date | Description | Amount |
|---|---|---|
| 7/30/2012 | Photocopies | 2.25 |
| | Photocopies | 0.25 |
| | Photocopies | 1.75 |
| | Photocopies | 1.75 |
| 8/1/2012 | Postage Charges July | 105.30 |
| | Photocopies | 1.50 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.50 |
| 8/2/2012 | Photocopies | 11.50 |
| | Photocopies | 5.50 |
| | Photocopies | 0.25 |
| | Photocopies | 1.00 |
| | Photocopies | 0.75 |
| | Photocopies | 3.00 |
| | Photocopies | 11.75 |
| | Photocopies | 0.25 |
| | Photocopies | 0.25 |
| | Photocopies | 0.50 |
| 8/3/2012 | Photocopies | 17.00 |
| 8/7/2012 | Photocopies | 0.25 |
| 8/20/2012 | Photocopies | 1.50 |
| | Photocopies | 3.50 |

# Arvind Agarwal

| | | Amount |
|---|---|---|
| 8/22/2012 | Photocopies | 3.75 |
| | Photocopies | 1.50 |
| | Photocopies | 1.50 |
| | Photocopies | 2.25 |
| | Photocopies | 3.00 |
| | Photocopies | 1.50 |
| | Photocopies | 3.00 |
| | Photocopies | 2.25 |
| | Photocopies | 2.25 |
| | Photocopies | 3.00 |
| | Photocopies | 1.50 |
| | Photocopies | 2.25 |
| | Photocopies | 3.00 |
| | Photocopies | 0.50 |
| 8/24/2012 | Photocopies | 5.25 |
| | Photocopies | 110.25 |
| | Photocopies | 99.75 |
| | Photocopies | 2.25 |
| | Photocopies | 1.50 |
| | Photocopies | 5.25 |
| | Photocopies | 34.50 |
| | Photocopies | 1.50 |
| | Photocopies | 42.75 |

Arvind Agarwal                                                    Page  23

|  |  | Amount |
|---|---|---|
| 9/4/2012 | Photocopies | 2.50 |
| 9/5/2012 | Photocopies | 0.75 |
|  | Photocopies | 2.50 |
|  | Photocopies | 1.25 |
|  | Photocopies | 0.50 |
|  | Photocopies | 0.75 |
| 9/6/2012 | Photocopies | 4.75 |
| 9/7/2012 | Photocopies | 4.50 |
| 9/12/2012 | Photocopies | 699.25 |
|  | Photocopies | 5.25 |
|  | Photocopies | 1.50 |
|  | Photocopies | 6.00 |
|  | Photocopies | 17.25 |
|  | Photocopies | 1.50 |
|  | Photocopies | 1.50 |
|  | Photocopies | 13.50 |
|  | Photocopies | 2.25 |
| 9/13/2012 | Photocopies | 6.75 |
|  | Photocopies | 2.75 |
| 9/14/2012 | Photocopies | 8.25 |
| 9/17/2012 | Photocopies | 6.00 |
|  | Photocopies | 11.44 |
|  | Photocopies | 3.75 |

## Arvind Agarwal

| | | Amount |
|---|---|---|
| 9/17/2012 | Photocopies | 6.00 |
| | Photocopies | 3.75 |
| | Photocopies | 7.50 |
| | Photocopies | 3.75 |
| | Photocopies | 8.25 |
| | Photocopies | 6.75 |
| | Photocopies | 10.50 |
| | Photocopies | 3.75 |
| | Photocopies | 9.75 |
| | Photocopies | 10.50 |
| 9/20/2012 | Photocopies | 1.50 |
| | Photocopies | 1.50 |
| | Photocopies | 12.00 |
| | Photocopies | 2.50 |
| 9/21/2012 | Photocopies | 1.00 |
| | Photocopies | 2.75 |
| | Photocopies | 12.00 |
| | Photocopies | 1.00 |
| | Photocopies | 24.75 |
| 9/24/2012 | Photocopies | 3.00 |
| | Photocopies | 74.25 |
| | Photocopies | 13.25 |
| | Photocopies | 11.00 |

# Arvind Agarwal

|  |  | Amount |
|---|---|---|
| 9/24/2012 | Photocopies | 11.50 |
|  | Photocopies | 13.75 |
| 10/1/2012 | Photocopies | 1.50 |
|  | Photocopies | 6.00 |
|  | Photocopies | 6.96 |
| 10/8/2012 | Photocopies | 2.25 |
|  | Photocopies | 17.25 |
|  | Photocopies | 6.00 |
|  | Photocopies | 4.50 |
|  | Photocopies | 11.25 |
|  | Photocopies | 1.25 |
| 10/10/2012 | Postage Charges for September | 88.20 |
|  | Postage Charges for September | 6.50 |
|  | Photocopies | 12.25 |
|  | Photocopies | 13.25 |
|  | Photocopies | 12.00 |
|  | Photocopies | 2.75 |
|  | Photocopies | 15.00 |
| 10/17/2012 | Photocopies | 6.00 |
|  | Photocopies | 17.25 |
|  | Photocopies | 2.25 |
|  | Photocopies | 4.50 |
| 10/19/2012 | Photocopies | 1.50 |

## Arvind Agarwal

| | | Amount |
|---|---|---:|
| 10/19/2012 | Photocopies | 3.25 |
| 10/29/2012 | Photocopies | 144.00 |
| | Photocopies | 1.75 |
| | Photocopies | 0.50 |
| | Photocopies | 0.75 |
| | Photocopies | 0.50 |
| | Photocopies | 0.50 |
| 10/30/2012 | Postage Charges for October | 52.50 |
| | Photocopies | 2.50 |
| | Photocopies | 756.00 |
| | Photocopies | 8.25 |
| | Photocopies | 8.25 |
| | Photocopies | 15.00 |
| | Photocopies | 1.75 |
| | Photocopies | 0.50 |
| | Photocopies | 2.50 |
| | Photocopies | 0.75 |
| | Photocopies | 0.50 |
| 10/31/2012 | Photocopies | 14.00 |
| 11/1/2012 | Photocopies | 2.00 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |

## Arvind Agarwal

| | | Amount |
|---|---|---|
| 11/1/2012 | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 0.75 |
| | Photocopies | 5.75 |
| 11/2/2012 | Photocopies | 42.00 |
| | Photocopies | 7.00 |

# Arvind Agarwal

Amount

| | | | Amount |
|---|---|---|---|
| 11/2/2012 | Photocopies | | 7.00 |
| | Photocopies | | 0.50 |
| | Photocopies | | 1.75 |
| | Photocopies | | 1.25 |
| | Photocopies | | 1.25 |
| | Photocopies | | 1.50 |
| | Photocopies | | 0.75 |
| | Photocopies | | 0.75 |
| 11/21/2012 | Photocopies | | 0.25 |