NVB 5075 (Rev. 12/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
ARVIND AGARWAL  
ALKA AGARWAL  
                    Debtor(s)

BK−11−17763−led  
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***330*** – Motion for Relief from Stay Property: 3939 Green Leaf Drive Las Vegas NV 89120 Fee Amount $181. with Proposed Order with Certificate of Service Filed by JASON C. KOLBE on behalf of U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN TRUST (KOLBE, JASON) |
| | ***332*** – Notice of Hearing on Motion for Relief from Automatic Stay Hearing Date: 02/08/2017 Hearing Time: 10:30 AM Filed by JASON C. KOLBE on behalf of U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN TRUST (Related document(s)330 Motion for Relief from Stay filed by Creditor U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN TRUST) (KOLBE, JASON) |
| Filed On: | 1/11/17 |
| With A Hearing Date Of: | 2/8/17 |
| And A Hearing Time Of: | 10:30 AM |

The reason(s) for the required correction(s) is as follows:

\*    Case is closed. A motion to reopen must be filed and the appropriate reopening filing fee must be paid before the motion may be granted and/or an action is taken..

Dated: 1/12/17

*Mary A. Schott*  
Mary A. Schott  
Clerk of Court

**For additional information, please visit the court's web site at http://www.nvb.uscourts.gov**